**Order entered October 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01188-CV

## IN RE BRIAN POTASHNIK

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-08-02072-E**

## ORDER

Before the Court is relator's September 25, 2019 petition for writ of mandamus and October 7, 2019 supplement to the petition for writ of mandamus. We request real party in interest and respondent to file their responses, if any, to the petition and supplemental petition by **OCTOBER 23, 2019**.


/s/     BILL WHITEHILL
         PRESIDING JUSTICE